| | |
|---|---|
| James F. Valentine, CSB 149269<br>JValentine@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone:  650.838.4300<br>Facsimile:  650.838.4350<br><br>Amanda Tessar*<br>ATessar@perkinscoie.com<br>Kourtney Mueller Merrill*<br>KMerrill@perkinscoie.com<br>PERKINS COIE LLP<br>1900 Sixteenth Street, Suite 1400<br>Denver, CO 80202<br>Telephone: 303.291.2300<br>Facsimile: 303.291.2400<br><br>Carmen Wong*<br>CWong@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br><br>*<em>Pro hac vice</em> applications filed<br><br>Attorneys for Plaintiff<br>M/A-COM Technology Solutions Holdings, Inc. | Jacob Z. Zambrzycki (CSB No. 289682)<br>jzambrzycki@crowell.com<br>CROWELL & MORING LLP<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 986-2800<br>Facsimile: (415) 986-2827<br><br>Kathryn L. Clune (pro hac vice petition to be filed)<br>kclune@crowell.com<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br><br>Attorneys for Defendant-Counterclaimant<br>GIGOPTIX, INC |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| M/A-COM TECHNOLOGY SOLUTIONS HOLDINGS, INC.,<br><br>              Plaintiff,<br><br>     v.<br><br>GIGOPTIX, INC.,<br><br>              Defendant. | Case No. 5:13-cv-03884-RMW<br><br>**[] ORDER ON STIPULATION**<br>**OF DISMISSAL OF GIGOPTIX, INC.** |

[] ORDER ON STIPULATION OF
DISMISSAL

1   This matter came before the Court on stipulation of the parties to dismiss all claims and
2   counterclaims asserted in this action.
3   PURSUANT TO THE STIPULATION IT IS SO ORDERED that all claims asserted by
4   Plaintiff M/A-COM Technology Solutions Holdings, Inc. against Defendant GigOptix, Inc, and
5   all counterclaims asserted by GigOptix, Inc. against M/A-COM Technology Solutions Holdings,
6   Inc. are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Each party
7   shall bear its own attorneys' fees and costs.

Date:  P qxgo dgt"36, 2013

_____
The Honorable Ronald M. Whyte
United States District Court Judge

1   [ ORDER ON STIPULATION OF DISMISSAL